UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | NOLLE PROSEQUI |
| -v.- | : | 21 Cr. 138 (LGS) |
| JIMMY GALE WATSON, | : | |
| Defendant. | : | |

- - - - - - - - - - - - - - - - - x

1. The filing of this nolle prosequi will dispose of this case with respect to JIMMY GALE WATSON, the defendant.

2. On March 2, 2021, Indictment 21 Cr. 138 (LGS) (the "Indictment") was returned, charging JIMMY GALE WATSON, the defendant, in the following seven counts:

a. Commodities and securities fraud conspiracy, in violation of Title 18, United States Code, Section 371; Title 7, United States Code, Sections 9(1) and 13(a)(5); Title 17, Code of Federal Regulations, Section 180.1(a) and 240.10b-5; and Title 15, United States Code, Sections 78j(b) and 78ff (Count One);

b. Wire fraud conspiracy, in violation of Title 18, United States Code, Sections 1343 and 1349 (Count Two);

c. Wire fraud, in violation of Title 18, United States Code, Sections 1343 and 2 (Count Three);

d. Securities and touting fraud conspiracy, in

violation of Title 18, United States Code, Section 371; Title 15, United States Code, Sections 78j(b), 78ff, 77q(b), and 77x; and Title 17, Code of Federal Regulations, Section 240.10b-5 (Count Four);

e. Wire fraud conspiracy, in violation of Title 18, United States Code, Sections 1343 and 1349 (Count Five);

f. Wire fraud, in violation of Title 18, United States Code, Sections 1343 and 2 (Count Six); and

g. Money laundering conspiracy, in violation of Title 18, United States Code, Sections 1956(h) and 1957(a) (Count Seven).

3. On or about March 4, 2022, JIMMY GALE WATSON, the defendant, entered into a deferred prosecution agreement that provided for a six-month term of supervision. On or about September 4, 2022, WATSON successfully completed the pretrial diversion period, and the Government has concluded that further prosecution of WATSON would not be in the interests of justice.

4. In light of the foregoing, I recommend that an order of nolle prosequi be filed as to JIMMY GALE WATSON, the defendant, with respect to Indictment 21 Cr. 138 (LGS).

Elizabeth Hanft
Assistant United States Attorney
(212)637-2334

Dated: New York, New York
September 27, 2022

Upon the foregoing recommendation, I hereby direct, with leave of the Court, that an order of nolle prosequi be filed as to defendant JIMMY GALE WATSON with respect to Indictment 21 Cr. 138 (LGS).

DAMIAN WILLIAMS
United States Attorney
Southern District of New York

Dated: New York, New York
September 27, 2022

The Clerk of the Court is directed to terminate the letter motion at docket number 48.

SO ORDERED:

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

Dated: New York, New York
September 29, 2022